NATHAN H. GORDON CORPORATION v. JACK T. COSMAN.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of RICHARD REID ROGERS against THE AMERICAN TOBACCO COMPANY and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY for an Order of Certiorari Directed to WILLIAM G. FULLEN and Others.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted in so far as to stay all proceedings on the part of the petitioner pending the granting or final refusal of leave to appeal by the Court of Appeals upon defendant's furnishing the undertaking required by section 593 of the Civil Practice Act to perfect an appeal to the Court of Appeals. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE BANK OF UNITED STATES v. BROADWAY BLOCK CORPORATION, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of NEW YORK RAILWAYS CORPORATION for a Certiorari Order to be Directed to WILLIAM G. FULLEN and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DANIEL HUNT, Individually and as Codelegate and Business Agent of the Compressed Air, Foundation, Subway, Cofferdam and Sewer Construction Workers' Local Union No. 63 and Others v. NICHOLAS STIRONE, Individually and as General Organizer of the International Hod Carriers, Building and Common Laborers' Union of America, and Another.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JOSEPH HOFFAY v. SAMUEL HERSHENSTEIN.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

HARRY BENJAMIN v. HORACE LIVERIGHT, INC., and Another.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SIDNEY D. TAIT.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EMILY G. WIKOFF, as Administratrix ad Prosequendum and as Administratrix, etc., of JOHN H. WIKOFF, Deceased, v. JOSEPH HIRSCHEL.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LEOPOLD BLUMBERG v. MAX TRUNZ, as Executor, etc., of ADOLF GOBEL, Deceased. — Motion granted so far as to stay all proceedings on the part of the plaintiff to collect judgment, pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES D. HAMEL and Others v. JOSEPH S. AUERBACH and Others, Impleaded, etc.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

STEPHEN U. HOPKINS v. HENRY S. KERBAUGH.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.